IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

UNITED STATES OF AMERICA                                                           PLAINTIFF

V.                                                           CIVIL ACTION NO. 1:19-CV-196-SA-DAS

RANDY D. YOUNG                                                                     DEFENDANT

ORDER

The Court approves in form and substance the parties' Stipulated Consent Decree and Final Judgment. The Motion [4] to enter the decree and judgment is hereby GRANTED. A separate docket entry containing the Stipulated Consent Decree and Final Judgment will be filed this same day.

It is SO ORDERED, this the 12th day of November, 2019.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE